IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR., | No. C 15-02015 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MOCKLER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a second amended complaint pursuant to 42 U.S.C. § 1983. (Docket No. 19.) On July 22, 2015, the Court issued an order of partial dismissal with leave to amend. (Docket No. 21.) Plaintiff was informed that failure to file a third amended complaint within the time specified would result in the dismissal of his case without prejudice and without further notice to Plaintiff. (Id. at 5.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 9/8/15

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.15\02015Russell_dism(am compl).wpd